
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SHAWN ABEL, individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>AUSTYN SPENCER ENTERPRISES, LLC, BLUE SKY PIZZA, LLC and RHETT HIGHTOWER,<br><br>Defendants. | CV 18-166-BLG-SPW<br><br>ORDER |

Plaintiff Shawn Abel moves for the admission of Mark A. Potashnick to practice before the Court in the above captioned matter with William A. D'Alton of Billings, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d).

IT IS SO ORDERED that Plaintiff Shawn Abel's motion to admit Mark A. Potashnick to appear *pro hac vice* (Doc. 3) is GRANTED and he is authorized to appear as counsel with William A. D'Alton pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this 26th day of November, 2018.

SUSAN P. WATTERS
United States District Judge