FILED

FEB 19 2019

Clerk, U S District Court
District Of Montana
Billings

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

SHAWN ABEL, individually and on behalf of similarly situated persons,

Plaintiff,

vs.

AUSTYN SPENCER ENTERPRISES, LLC, BLUE SKY PIZZA, LLC and RHETT HIGHTOWER,

Defendants.

Case No. 1:18-CV-00166-BLG-SPW

**ORDER GRANTING JOINT MOTION TO STAY LITIGATION PENDING MEDIATION**

Upon the parties' Joint Motion to Stay Litigation Pending Mediation (Doc. 13) for purposes of pursuing settlement, and for good cause appearing,

**IT IS HEREBY ORDERED** that this litigation is **STAYED** for ninety (90) days from the date of this Order. The parties are instructed to notify the Court on or before the ninety day period as to the status of this case.

**IT IS FURTHER ORDERED** that all further stipulations and agreements between the parties set forth in the Joint Motion to Stay Litigation Pending Mediation (Doc. 13) are APPROVED and ORDERED that the parties shall adhere thereto, subject to further order of the Court.

DATED this 19th day of February, 2019.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge