
FILED
MAR
Clerk U.S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SHAWN ABEL, individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>AUSTYN SPENCER ENTERPRISES, LLC, BLUE SKY PIZZA, LLC and RHETT HIGHTOWER,<br><br>Defendants. | CV 18-166-BLG-SPW<br><br>ORDER |

Defendants Austyn Spencer Enterprises, LLC, Blue Sky Pizza, LLC and Rhett Hightower move for the admission of Sheila M. Willis to practice before the Court in the above captioned matter with Calvin J. Stacey of Billings, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d), and Plaintiff does not object.

IT IS SO ORDERED that Defendants' unopposed motion to admit Sheila M. Willis to appear *pro hac vice* (Doc. 16) is GRANTED and she is authorized to

1

appear as counsel with Calvin J. Stacey pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this 20th day of March, 2019.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge