
FILED
MAY 21 2019
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SHAWN ABEL, individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>AUSTYN SPENCER ENTERPRISES, LLC, BLUE SKY PIZZA, LLC and RHETT HIGHTOWER,<br><br>Defendants. | Case No. 1:18-CV-00166-BLG-SPW<br><br>**ORDER GRANTING JOINT MOTION TO STAY LITIGATION PENDING MEDIATION** |

Upon the parties' Joint Status Report and Motion to Stay Litigation Pending Mediation (Doc. 21) for purposes of pursuing settlement, and for good cause appearing,

**IT IS HEREBY ORDERED** that this litigation is **STAYED** for seventy-five (75) days through August 5, 2019.

**IT IS FURTHER ORDERED** that all further stipulations and agreements between the parties set forth in the Joint Motion to Stay Litigation Pending Mediation are APPROVED and ORDERED that the parties shall adhere thereto, subject to further order of the Court.

DATED this 21st day of May, 2019.

SUSAN P. WATTERS
United States District Judge

1