
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SHAWN ABEL, individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>AUSTYN SPENCER ENTERPRISES, LLC, BLUE SKY PIZZA, LLC and RHETT HIGHTOWER,<br><br>Defendants. | Case No. 1:18-CV-00166-SPW<br><br>**ORDER GRANTING JOINT MOTION TO STAY LITIGATION PENDING MEDIATION** |

The parties having agreed and stipulated pursuant to the Joint Motion to Stay Litigation Pending Mediation (Doc. 23) for purposes of pursuing settlement, and for good cause appearing,

IT IS HEREBY ORDERED that this litigation is STAYED for forty-five 45 days, through **September 19, 2019.**

IT IS FURTHER ORDERED that all further stipulations and agreements between the parties set forth in the Joint Motion to Stay Litigation Pending Mediation are APPROVED and ORDERED that the parties shall adhere thereto, subject to further order of the Court.

Dated this the 6th day of August 2019.

SUSAN P. WATTERS
United States District Judge

1