IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



AUG 1 3 2019

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| SHAWN ABEL, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AUSTYN SPENCER ENTERPRISES, LLC, BLUE SKY PIZZA, LLC, and RHETT HIGHTOWER,<br><br>Defendants. | CV 18-166-BLG-SPW<br><br>ORDER |

The Court having been notified of the settlement of this case (Doc. 25), and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

IT IS FURTHER ORDERED that the stay in this case is lifted.

DATED this 13th day of August, 2019.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge