IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

SHAWN ABEL, on behalf of himself and others similarly situated,

Plaintiff,

vs.

AUSTYN SPENCER ENTERPRISES, LLC, BLUE SKY PIZZA, LLC, and RHETT HIGHTOWER,

Defendants.

CV 18-166-BLG-SPW

ORDER

The parties having agreed and stipulated pursuant to the Joint Status Report and Motion to Stay Litigation (Doc. 29) for purposes of completing settlement, and for good cause appearing,

**IT IS HEREBY ORDERED** that this litigation is stayed for fourteen (14) days, through **October 25, 2019**.

**IT IS FURTHER ORDERED** that all further stipulations and agreements between the parties set forth in the Joint Motion to Stay Litigation are APPROVED and ORDERED that the parties shall adhere thereto, subject to further order of the Court.

DATED this 11th day of October, 2019.

SUSAN P. WATTERS
United States District Judge