IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
OCT 2 5 2019
Clerk, U S District Court
District Of Montana
Billings

SHAWN ABEL, on behalf of himself and others similarly situated,

Plaintiff,

vs.

AUSTYN SPENCER ENTERPRISES, LLC, BLUE SKY PIZZA, LLC, and RHETT HIGHTOWER,

Defendants.

CV 18-166-BLG-SPW

ORDER

Upon the parties' Joint Status Report and Motion to Stay Litigation (Doc. 31) for purposes of completing settlement documentation, and for good cause appearing,

**IT IS HEREBY ORDERED** that this litigation is stayed for seven (7) days, through **November 1, 2019.**

**IT IS FURTHER ORDERED** that all further stipulations and agreements between the parties set forth in the Joint Motion to Stay Litigation are APPROVED and ORDERED that the parties shall adhere thereto, subject to further order of the Court.

DATED this 25th day of October, 2019.

SUSAN P. WATTERS
United States District Judge