

FILED

FEB 2 8 2020

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | | |
|---|---|---|
| SHAWN ABEL, individually and on behalf of similarly situated persons, | ) ) ) | Case No. 1:18-cv-00166-SPW |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | **ORDER GRANTING APPEARANCE TELEPHONICALLY AT THE FINAL FAIRNESS HEARING** |
| AUSTYN SPENCER ENTERPRISES, LLC, BLUE SKY PIZZA, LLC and RHETT HIGHTOWER, | ) ) ) ) | |
| Defendants. | ) | |

Defendants move to permit counsel, Kathleen M. Caminiti, to appear telephonically at the Final Fairness Hearing scheduled for Friday, March 6, 2020, at 9:30 A.M. (Docs. 38 and 39). It being that counsel for Plaintiff has no objection to the Defendants' request,

**IT IS HEREBY ORDERED** that Kathleen M. Caminiti, counsel for Defendants, is permitted to appear telephonically at the Final Fairness Hearing scheduled for **Friday, March 6, 2020, at 9:30 A.M.**

**IT IS FURTHER ORDERED** that Kathleen M. Caminiti shall contact this Court's IT staff, Michael Cuthbert at (406) 247-2322 or Cecil Chandler at (406) 247-2323 in order to make arrangements for this telephone call.

1

The Clerk of Court is directed to notify counsel and **IT staff** of the making of this Order.

DATED this 28th day of February, 2020.

SUSAN P. WATTERS
United States District Judge