FILED

MAR 06 2020

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SHAWN ABEL, individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>AUSTYN SPENCER ENTERPRISES, LLC, BLUE SKY PIZZA, LLC and RHETT HIGHTOWER,<br><br>Defendants. | Case No. 1:18-cv-00166-SPW<br><br>**ORDER RESETTING FINAL FAIRNESS HEARING** |

Upon the Court's Own Motion,

**IT IS HEREBY ORDERED** that the Final Fairness Hearing presently scheduled for Friday, March 6, 2020 at 9:30 a.m. is **VACATED** and **RESET** for **Tuesday, March 10, 2020 at 1:30 p.m.**

**IT IS FURTHER ORDERED** that Mark A. Potashnick, counsel for Plaintiff and Kathleen M. Caminiti, counsel for Defendants, are permitted to appear telephonically at the Final Fairness Hearing scheduled for **Tuesday, March 10, 2020, at 1:30 p.m.**

**IT IS FURTHER ORDERED** that Mark A. Potashnick and Kathleen M. Caminiti shall contact this Court's IT staff, Michael Cuthbert at (406) 247-2322 or

1

Cecil Chandler at (406) 247-2323 in order to make arrangements for this telephone call.

The Clerk of Court is directed to notify counsel and **IT staff** of the making of this Order.

DATED this 6th day of March, 2020.

SUSAN P. WATTERS
United States District Judge